**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDD BREWIN,<br><br>        Plaintiff,<br><br>   v.<br><br>GMAC MORTGAGE CORPORATION, and DOES 1 through 100, Inclusive,<br><br>        Defendants. | Case No. EDCV 09-412-VAP (VBKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 8, 2009

                            VIRGINIA A. PHILLIPS
                          United States District Judge